IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
\_\_\_ Northern \_\_\_ DIVISION

2:05cv621-T

Cassa ndra Williams
and Brian Williams

} Civil Action Case No. :
} ADA, 504 Rehabilitation Act, 20 U.S.C. Section 1401 et seq
} LEE V. MACON CONSENT DECREE
} CHRIS D. CONSENT DECREE No.89-T-1165; 16 EHLR
} 1182(M.D. ALABAMA 1990)

PLAINTIFFS

v.

**State of Alabama Board of Ed., Montgomery County Board of Education**
P. Michael Cole, Erika Tatum, Rusty Baker, Jimmy Barker, Gloria Bean, L. Henderson, Shannon Hill, Martha Kirkland (LEA Special Education Director), M. Looney, Tommie Miller, Ann McCurdy, D. Mc Quiddy, Connie Sawyer, Margaret Traylor, and M. Whetstone (State of Alabama Special Education Director)

Defendant(s)

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Brian Williams_

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor. and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Brian Williams_
Plaintiff(s) signature

RECEIVED
2005 JUN 30 P 11: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA