IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

2:05cv621-T

Cassandra Williams )
and B. Williams

PLAINTIFFS

} Civil Action Case No. :
} ADA, 504 Rehabilitation Act, 20 U.S.C. Section 1401 et seq
} LEE V. MACON CONSENT DECREE
} CHRIS D. CONSENT DECREE No.89-T-1165; 16 EHLR
} 1182(M.D. ALABAMA 1990)

v.

State of Alabama Board of Ed., Montgomery County Board of Education
P. Michael Cole, Erika Tatum, Rusty Baker, Jimmy Barker, Gloria Bean, L. Henderson, Shannon Hill, Martha Kirkland (LEA Special Education Director), M. Looney, Tommie Miller, Ann McCurdy, D. McQuiddy, Connie Sawyer, Margaret Traylor, and M. Whetstone (State of Alabama Special Education Director)

(petitioner/plaintiff/movant        ☐ other

 the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs nder 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief ought in the complaint/petition/motion.

 support of this application, I answer the following questions under penalty of perjury:

Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)

If "Yes," state the place of your incarceration _____

Are you employed at the institution? _____ Do you receive any payment from the institution? _____

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        Yes        (No)
   b. Rent payments, interest or dividends                 Yes        (No)
   c. Pensions, annuities or life insurance payments      Yes        (No)
   d. Disability or workers compensation payments         Yes        (No)
   e. Gifts or inheritances                                Yes        (No)
   f. Any other sources                                    Yes        (No)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

240 Reverse (Rev. 10/03)

Do you have any cash or checking or savings accounts?   Yes   (No)

If "Yes," state the total amount. _____

Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

I declare under penalty of perjury that the above information is true and correct.

30-6-05                                    Brian Williams
_____                            _____
   Date                                 Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.