IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CASSANDRA WILLIAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:05-cv-621-F |
| | ) | |
| STATE OF ALABAMA BOARD | ) | |
| OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred

to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or

recommendations as may be appropriate.

DONE this 6th day of July, 2005.


                                        /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE