IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Cassandra Williams )
and Brian Williams )
_____ )
_____ )
            Plaintiff(s)   )
                           )   2:05CV0621-MEF-DRB
         v.                )
                           )
Montgomery County          )
Board of Education         )
et, al                     )
_____  )
            Defendant(s)   )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Cassandra Williams and Brian Williams moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature