IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS and<br>B.W., *a minor*,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF ALABAMA BOARD OF<br>EDUCATION, *et. al.*,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   2:05-CV-621-F<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This case is before the court on the plaintiff's motion for leave to proceed *in forma pauperis*, filed July 28, 2005 (Doc. # 6).

The court wishes the plaintiff to understand fully the limited nature of being allowed to proceed *in forma pauperis,* which only permits the plaintiff to commence this suit without prepayment of fees and court costs.  The plaintiff should understand she may incur expenses as a result of the prosecution of this case.  In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee of $40.00, plus mileage.  Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party.  This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs.

Now, having advised the plaintiff of the possible expense of litigation, the court

ORDERS that the motion for leave to proceed *in forma pauperis* be and is hereby GRANTED.

**The Clerk is advised to delay issuance of any summons for service of the complaint pending further instructions following necessary proceedings – scheduled by order filed herewith – to review the merits of the complaint.**

DONE this 3rd day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE