IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS and<br>B.W., *a minor,*<br><br>　　Plaintiffs,<br><br>v.<br><br>STATE OF ALABAMA BOARD OF<br>EDUCATION, *et. al.,*<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　　2:05-CV-621-F<br>)<br>)<br>)<br>)<br>) |

## ORDER

For good cause arising from the court's review of the *Complaint* filed on June 30, 2005, by the *pro se* Plaintiff, Cassandra Williams, it is **ORDERED** that this cause is **set for hearing, pursuant to 28 U.S.C. § 1915 (a)(1) and (e) (2)[1], and Rule 11 (b), Federal Rules of Civil Procedure, at 10:30 a.m. on Tuesday, August 16, 2005,** in District Courtroom 4A.  Both the adult Plaintiff, Cassandra Williams, and the minor plaintiff, B.W., are required to attend, and **failure to attend may result in dismissal of this action.**

**Plaintiff is ADVISED that this hearing is necessary because** her Complaint is too deficient under the Federal Rules of Civil Procedure to permit service on the named defendants.  As summarized in court's Order entered July 15, 2005:

> [The complaint] does not clarify the status of plaintiffs who have standing to complain, and it fails to provide "a short and plain statement of the claim showing that the pleader is entitled to relief." (Rule 8).  Moreover, it is evident that many, if not all, of the defendants designated cannot by law be sued for the relief requested under the jurisdictional provisions loosely alleged..

---

[1]Pursuant to this statute the court "shall dismiss the case at any time if the court determines that – (B) the action ... (i) is frivolous or malicious;  (ii) fails to state a claim on which relief may be granted;  or (iii) seeks monetary relief against a defendant who is iimmune from such relief."

**Accordingly, the PLAINTIFF is instructed to bring with her any records or writings which may support her claims and to be prepared at this hearing**

    1.  to state with particularity her relationship to the minor,

    2.  to identify each legal claim she seeks to pursue solely on behalf of the minor, stating the factual contentions and evidentiary support for each such claim, and specifying the role or function of each defendant alleged to have liability on this claim;

    3.  to identify each legal claim she seeks to pursue on her own behalf, stating the factual contentions and evidentiary support for each such claim, and specifying the role or function of each defendant alleged to have liability on this claim;

**Plaintiff is further advised that as a result of the Plaintiff's representations under oath at this hearing, the court will determine** whether an amended complaint can be filed which states any timely and otherwise viable cause of action, and if so, whether the amended complaint can proceed against all defendants now designated.[2]  No Defendant, representative, or lawyer will be present as the complaint has not been served; thus, Plaintiff should expect to provide through her own testimony such support as may be necessary to state a claim for which relief can be granted.

    Done this 3rd day of August , 2005.

                                        /s/ Delores R. Boyd
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE

---

[2]The focus of this reasonable inquiry will be *(a)* whether "the claims...and other legal contentions are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law of the establishment of new law" (Rule 11(b)(2));  *(b)* whether the allegations and other factual contentions have evidentiary support or, ...are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery." (Rule 11(b)(3); and *(c)* whether this action is "being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation." (Rule 11(b)(1))