IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

C. Williams  
    PLAINTIFF

B .W  
    PLAINTIFF

vs.

MONTGOMERY COUNTY BOARD ET AL  
DEFENDANTS

] Civil Action 2:05-CV-00621-MEF-DRB  
] 2005 AUG 12 P 1:41  
] SPECIAL EDUCATION DUE PROCESS  
] HEARING Case No. : 05-67  
] Date Filed: 18Apr05  
]  
]  
]

## MOTION TO WAIVE FURTHER EVIDENTIARY HEARING

*COME NOW* your Plaintiffs, C. Williams parent and next of kin of B.W, a minor (hereinafter referred to as "Plaintiffs' ") in the above -styled action and seek from this honorable Judge to waive further evidentiary hearing. As grounds for this motion Plaintiff states:

1. Office of Civil Rights reported violations. See Exhibit: OCR- 04-04-1296
2. State Education Agency employee, Doris McQuiddy, reported violations SEE Exhibit SEA- 05-02
3. SEA appointed hearing officer P. Cole reported violations in Special Education Due process hearing case No. 05-67 decision on June 24,2005. See Exhibit DECISION
4. Request for Special Education Due process hearing was filed on April 18,2005.
5. SEA appointed hearing officer P. Cole to preside over Special Education Due process hearing case No. 05-67 and render a decision on June 3,2005.
6. Special Education Due process hearing proceedings convened May 10,2005. SEE Exhibit 05-TRANSCRIPT
7. When a court hears an appeal, it must receive the records of the administrative hearing, hear additional evidence if **any party request** a further evidentiary hearing, and on the preponderance of the evidence grant appropriate relief.
8. Plaintiffs did not request a further evidentiary hearing.

WHEREFORE, premises considered, Plaintiffs *respectfully* ask that this court respect Plaintiffs' rights and afford Plaintiffs equal treatment, equal benefit of the federal court, judicial service and equal protection.

Respectfully submitted this the this 12th day of August 2005,

*Cassandra W*   C.W

### CERTIFICATE OF MAILING

I certify that a copy of this motion was sent to Erica Tatum this 12TH day of August 2004, 425 South Perry Street, Montgomery Alabama, 36104 ; Cole 50 North Ripley Street, Montgomery, Alabama 36104 by U.S. postal service.

*Cassandra W*——C.W Montgomery, Alabama