NAME: WILLIAMS, B                                      DOB:

Address
Father
Mother                ADDRSS:                          MONTGOMERY  AL                    GENDER: MALE          ce _____ Sex _____          #12
Guardian              PARENTS: WILLIAMS               ETHNICITY: AFR AMER

---

**School _____  Grade _9_ Year _____**
Days Absent _____

MCKEE JR. HIGH SCHOOL
WILLIAMS, B    D.                                       lts
SM: 1 GR: 9 YR: 02-03

| | | | |
|---|---|---|---|
| INTRO TO ALG | C | 77 | 0.5 |
| WLD HIS 15's | C | 79 | 0.5 |
| PHYS SCI | C | 78 | 0.5 |
| ENGLISH LIT | C | 78 | 0.5 |

**School _____  Grade _9_ Year _____**
Days Absent _____

MCKEE JR. HIGH SCHOOL
WILLIAMS, B                                             lts
SM:2  GR: 9 YR: 02-03

| | | | |
|---|---|---|---|
| INTRO TO ALG | B | 83 | 0.5 |
| PHYS SCI | C | 76 | 0.5 |
| W HIST 15's | B | 82 | 0.5 |
| ART I | C | 81 | 0.5 |
| ENGLISH 9 L | C | 78 | 0.5 |

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | | Units |
|---|---|---|

---

**School _____  Grade _____ Year _____**
Days Absent _____

SIDNEY LANIER HIGH SCHOOL
WILLIAMS, B.                                            lts
SM: 1 GR: 10 YR: 03-04

| | | | |
|---|---|---|---|
| GEN BIOL | F | 19 | 0.0 |
| DRIV ED | F | 58 | 0.0 |
| US HIS 19's | F | 22 | 0.0 |
| ENGLISH 10 | F | 39 | 0.0 |
| SKLS ENR | F | 58 | 0.0 |
| SKLS ENR | F | 58 | 0.0 |

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

SIDNEY LANIER HIGH SCHOOL
WILLIAMS, B                                             ls
SM: 2 GR: 10 YR: 03-04

| | | | |
|---|---|---|---|
| GEN BIOL | F | 2 | 0.0 |
| HEALTH | B | 88 | 0.5 |
| US HIS GEOG 19 | F | 0 | 0.0 |
| ENGLISH 10 | D | 66 | 0.5 |
| SKLS ENRCHMNT | B | 89 | 0.5 |
| SKLS ENRCHMNT | A | 95 | 0.5 |

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | | Units |
|---|---|---|

---

**School _____  Grade _____ Year _____**
Days Absent _____

WILLIAMS, B
Gd:10 Hr: 140     04-05
Course       Av1 —              Cred

| Course | | | Cred |
|---|---|---|---|
| CREAT CRAFT | 86 | B | 0.500 |
| GEN BIOLOGY | 71 | D | 0.500 |
| US HIS 1900 | 73 | C | 0.500 |
| BUS TECH ESS | 78 | C | 0.500 |
| ALG 1A | 78 | C | 0.500 |
| ENG 10 | 51 | F | 0.000 |
| GE READ II | 93 | A | 0.500 |

C:  1.9231 T:  2.0000 Cr Cum:  5.000   3.000
On Roll: 55 Abs: 4.0  Tdy 3  R:   0/0
Jefferson Davis High School

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | Second Term | Units |
|---|---|---|

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | | Units |
|---|---|---|

---

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | First Term | Units |
|---|---|---|

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | Second Term | Units |
|---|---|---|

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | | Units |
|---|---|---|

---

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | First Term | Units |
|---|---|---|

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | Second Term | Units |
|---|---|---|

**School _____  Grade _____ Year _____**
Days Absent _____
Days Tardy _____
Check-outs _____

| SUBJECT | | Units |
|---|---|---|

---

*Grades based on goals of IEP (Individualized Education Program)

Students pursuing a high school diploma must pass the Alabama High School Basic Skills Exit Exam (AHSBSEE) and earn the minimum number of units in Grades 9-12. Students pursuing an Occupational Diploma must earn 24 units and develop a successful portfolio. Students do not have to pass the AHSBSEE.

Computer Literacy verified: _____ Yes _____ No

Graduation Date ____ / ____ / ____     Diploma Type:     Total Carnegie Units:

| | 9 | 10 | 11 | 12 | | |
|---|---|---|---|---|---|---|
| English | | | | | | |
| Social Studies | | | | | | |
| Mathematics | | | | | | |
| Science | | | | | | |
| Foreign Language | | | | | | |
| Physical Education | | | | | | |
| Health | | | | | | |