Exhibit: 05-67 DECISION

# WILMER & LEE
## A Professional Association
### Attorneys at Law

| | | |
|---|---|---|
| John A. Wilmer | Rachel M. Howard | |
| L. Tennent Lee, III | Nicole L Schroer | |
| Winston V. Legge, Jr. | Christian M. Comer | |
| S. Dagnal Rowe | Chad W. Ayres | |
| Michael K. Wisner | T. Mark Maclin | |
| Frederick L. Fohrell | Clint L. Maze | |
| P. Michael Cole | | |
| Robert V. Wood, Jr. | OF COUNSEL: | |
| T. Dwight Sloan | Sylvia Tucker Wilmer | |
| Walter A. Kelley | | |
| Shannon S. Simpson | | |
| Robert C. Lockwood | Roy B. Patton | |
| D. Ashley Jones | (1885-1954) | |
| Richard J.R. Raleigh, Jr. | David U. Patton | |
| Robert V. Rogers | (1911-2000) | |

Law Offices and Mediation Center
in Athens and Huntsville

June 24, 2005

Ms. Cassandra Williams
6812 Briar Gate Ct.
Montgomery, AL 36116

**Via Certified Mail**
**Return Receipt Requested**

RE: Brian Williams v. Montgomery County Board of Education
Due Process Hearing
Special Education Case No.: 05-67

Dear Ms. Williams:

Please find enclosed herein my Decision in regard to the above-referenced Due Process Hearing. An original Decision and all exhibits have been forwarded to the State of Alabama Department of Education.

Should you have any questions or need any additional information, please do not hesitate to call upon me.

Very truly yours,

P. Michael Cole
Due Process Hearing Officer

PMC/ejh

pc: Ms. Emily Graham
Enclosure: As stated

## HEARING DECISION

| | |
|---|---|
| CHILD: | B. W. |
| PARENTS: | Ms. Cassandra Williams |
| REPRESENTATIVE: | None |
| LOCAL EDUCATION AGENCY: | Montgomery County Board of Education |
| REPRESENTATIVE: | Honorable Erika Perrone Tatum<br>Hill, Hill, Carter, Franco, Cole &<br>  Black, P.C.<br>Attorneys at Law<br>P.O. Box 116<br>Montgomery, AL  36101-0116 |
| HEARING DATES: | May 10, 2005, May 11, 2005 &<br>May 20, 2005 |
| DATE OF DECISION: | June 24, 2005 |
| HEARING OFFICER: | P. Michael Cole<br>Wilmer & Lee, P.A.<br>Attorneys at Law<br>P.O. Box 710<br>Athens, AL  35612-0710 |