


STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

*SEE Exhibit 05-TRANSCRIPT by email egraham@alsde.edu*

Joseph B. Morton
State Superintendent
of Education

Alabama
State Board
of Education

Governor Bob Riley
President

Randy McKinney
District I

Betty Peters
District II

Stephanie W. Bell
District III

Dr. Ethel H. Hall
District IV
Vice President
Emerita

Ella B. Bell
District V

David F. Byers, Jr.
District VI

Sandra Ray
District VII
President Pro Tem
and Presiding Officer

Dr. Mary Jane Caylor
District VIII

Joseph B. Morton
Secretary and

June 10, 2005

Ms. Casandra Williams
6812 Briar Gate Court
Montgomery, Al 36116

Dear Ms. Williams:

Re:  Due Process Case 05-67

As per your request on record at the due process hearing, the transcript for day one of the hearing is enclosed.  Transcripts for days two and three of the hearing will be mailed to you once received by this office.  Should you want these transcripts by email, please notify me at egraham@alsde.edu.

Sincerely,

Emily D. Graham
Education Administrator
State Department of Education
Special Education Services

EDG/EDG

Enclosures

cc:     P. Michael Cole, Esq.