IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CASSANDRA WILLIAMS and<br>B.W., *a minor*,<br>      *Plaintiffs,* | )<br>)<br>)<br>) | |
| v. | ) | 2:05-CV-621-F |
| | ) | |
| STATE OF ALABAMA BOARD OF<br>EDUCATION, *et. al.,*<br>      *Defendant.* | )<br>)<br>) | |

**O R D E R**

The *pro se* Plaintiff's *Motion to Waive Further Evidentiary Hearing,* filed August 12, 2005 (Doc 9) is unauthorized and otherwise inappropriate pending resolution of the scheduled hearing pursuant to 28 U.S.C. § 1915 (a)(1) and (e) (2), and Rule 11 (b), Federal Rules of Civil Procedure, to determine if this action can be maintained by either of the named plaintiffs against any of the named defendants. Accordingly, the ***Motion* is DENIED,** and both Cassandra Williams and B.W., who appears to be 18 from representations included in this filing, are ADVISED that this complaint will be recommended for DISMISSAL if they fail to appear for this hearing as ordered on **Tuesday, August 16, 2005 10:30 a.m.,** in District Courtroom 4A. IN ADDITION TO SERVING THIS ORDER BY MAIL, THE CLERK IS INSTRUCTED TO PROVIDE TELEPHONE NOTICE TO THE *PRO SE* PLAINTIFF OF THIS ORDER AND TO SUGGEST THAT SHE SECURE IT FROM THE CLERK'S OFFICE TODAY.

Done this 15TH day of August , 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE