IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

RECEIVED 2005 AUG 14 P 8: 40

| | |
|---|---|
| C. WILLIAMS<br>    Plaintiff<br>B. W.<br>    Plaintiff<br>vs.<br><br>MONTGOMERY COUNTY BOARD OF EDUCATION ET AL<br>    Defendants | } Civil Docket Case#:2:05-cv-00621-MEF-DRB<br>} APPEAL OF SP. EDUCATION DUE<br>} PROCESS HEARING CASE NO. 05-67<br>}<br>}<br>}<br>}<br>} |

## MOTION FOR APPOINTMENT OF COUNSEL

COME NOW your plaintiff, in the above-styled action, without waving plaintiff's or plaintiff's next of kin rights and hereby moves the court to appoint appropriate counsel, on the following grounds:

1. Special Education Due Process Evidentiary Hearing was requested on April 18, 2005 case no: 05-67.
2. SEA appointed Hearing Officer, P. Michael Cole, conducted Special Education Due Process Evidentiary Hearing on May 10, 2005, and rendered findings and decision on June 24, 2005. See Exhibit 05-67 (Letter from P. Michael Cole dated June 24, 2005)
3. Appointment of Counsel would assist in the enforcement of Federal laws, statutes, and regulations protecting the rights of disabled students and disabled persons.
4. Appoint of counsel would ensure enforcement of the American Disability Act, which strictly forbids harassment, discrimination and retaliation.
5. Appointment of counsel would ensure that the court receives the entire record of the Special Education Due Process Evidentiary Hearing proceedings case No. 05-67 on appeal, and on the preponderance of the evidence, grant appropriate relief.
6. Appointment of counsel would assist in determining if officials complied with Consent Decrees, Federal laws, statutes, and governing regulations protecting the rights of disabled persons, within the time specified in the Acts.
7. Appointment of counsel would ensure the court applies the appropriate standard of review in the Special Education Due Process Evidentiary Hearing case No. 05-67 on appeal, Civil Docket Case#:2:05-cv-00621--MEF- DRB

WHEREFORE, premises considered, Plaintiff *respectfully* ask that this court respect Plaintiff's rights and afford Plaintiff equal benefit of the Federal Court, judicial service and equal protection.

Respectfully Submitted this the 14th day of August, 2005.

_Cassandra Williams_
C. Williams, Montgomery, Alabama, 36116

### CERTIFICATE OF SERVICE

I certify that a copy of this motion was mailed to Hill, Hill, Carter, Franco, Cole, & Black, P.C. c/o Erika Tatum, 425 South Perry Street Montgomery, Alabama fax: 263-5969; State Department of Education, c/o Cole, Emily Graham, Doris Mc Quiddy, M. Whetstone, , 50 North Ripley Street, Montgomery, Alabama 36104, fax: Cole (256) 230-0610/ (334) 242-9192; Montgomery County Board of Education, c/o Tommie Miller, 307 South Decatur Street, Montgomery, Alabama 36104, fax: 269-6100 by placing same in fax; this 14 day of August 2005 _Cassandra Williams_ C. Williams, Montgomery, Alabama, 36116