IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS and B.W., *a minor,* </br></br> Plaintiffs, </br></br> v. </br></br> STATE OF ALABAMA BOARD OF EDUCATION, *et. al.,* </br></br> Defendant. | ) ) ) ) ) ) ) ) 2:05-CV-621-F ) ) ) ) ) |

**ORDER**

For good cause, it is

**ORDERED** that Plaintiff's *Motion for Appointment of Counsel* (Doc. 11, filed August 14, 2005) is **DENIED**.

Done this 16th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE