# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. DELORES R. BOYD

DATE COMMENCED: 8/16/05              DIGITAL RECORDING: 10:45 - 10:50

DATE COMPLETED: 8/16/05

Cassandra Williams, et al                *

vs                                       *           2:05cv621-F

State of Alabama Board of Education, et al    *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| PRO SE (Plaintiff Not Present) | * | |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy            Jimmy Dickens, Court Reporter

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:

10:45   Court opens proceedings with facts regarding this case

   Acknowledges plaintiffs' absence

   States order will be issued regarding the allowance of final amendment to complaint or dismissal of this case with prejudice.

10:50   Court in Recess