Williams

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ira B. Wile_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Ira Ware_   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Cassandra Williams<br>6812 Briar Gate Ct.<br>Montgomery, AL 36116 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:05cv621 (01a, Doc. #10)<br>2. Article Number<br>(Transfer from service label) | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes<br><br>7004 2510 0001 0150 7263 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540