**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Cassandra Williams*
*6812 Briar Gate Ct.*
*Montgomery, AL*
*36116*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cassandra_                    ☐ Agent
                                 ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery
C. Williams                            8-17-05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

   *2:05CV621-F*
   *8/16/05 order, doc.*
   *14*

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)       ☐ Yes

2. Article Number
   (Transfer from service label)

   7004 2510 0001 0150 2862

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540