UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DIVISION

Cassandra Williams and B. W. (minor)
    Plaintiff,

vs.

Montgomery County Board of Education et al.,
    Defendant.

CIVIL ACTION NO. 2:05-CV-00621 MEF-DRB

## NOTICE OF APPEAL

Notice is hereby given that Cassandra Williams and B.W. above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Aug. Order entered in this action on the 16th day of August, 2005

_Cassandra Willi—_
Signature

25 Aug 05
Date of Signature

6812 Briar Gate Ct.
Montgomery, AL 36116
Address