IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS and ) | |
| B.W., *a minor,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | 2:05-CV-621-F |
| ) | |
| STATE OF ALABAMA BOARD OF ) | |
| EDUCATION, *et. al.,* ) | |
| ) | |
| Defendant. ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

For good cause arising from the pro se plaintiff's non-compliance with the Orders filed herein on August 3 (Doc. 8), August 15 (Doc.10), and August 16 (Doc. 14), it is the Recommendation of the Magistrate Judge that this case be dismissed without prejudice, prior to service of the complaint, for failure to comply with this court's orders and the subsequent non-prosecution of this case. In lieu of filing an amended complaint as instructed in the ORDER filed August 16, the pro se plaintiff filed a Notice of Appeal "to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on the 16th day of August, 2005." As the appeal being processed is patently premature and frivolous, this court's Recommendation is warranted.

It is further **ORDERED that the plaintiff shall file any objections to this** *Recommendation* **by October 12, 2005.** Any objections filed must specifically identify the findings

in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE this 29th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE