IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 05-14773-J

CASSANDRA WILLIAMS,
B.W.,
a minor,

                                                Plaintiffs-Appellants,

versus

STATE OF ALABAMA BOARD OF EDUCATION,
MONTGOMERY COUNTY BOARD OF EDUCATION, et al.,

                                                 Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, HULL, and WILSON, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The magistrate judge's August 16, 2005, orders are not final and appealable. See 28 U.S.C. §§ 636(b), (c) & 1291; Donovan v. Sarasota Concrete Co., 693 F.2d 1061, 1066-67 (11th Cir. 1982); Glover v. Alabama Bd. of Corr., 660 F.2d 120, 122 (5th Cir. Unit B Oct. 1981).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia