IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 OCT -6  P 10: 56
D. HACKETT, CLK
DISTRICT COURT
F. DISTRICT ALA

Mrs. C. Williams    (PRO SE)
PLAINTIFF

B. W.
PLAINTIFF
v.
Montgomery County Board of Education
State of Alabama Department Bd. of Ed
Tommie Miller, individually and official capacity
Rusty Baker, individually and official capacity ;
Jimmy Barker, individually and official capacity
Gloria Dean, individually and official capacity,
Michael Cole, individually and official capacity
Lester Henderson, individually and official capacity
Margaret Taylor, individually and official capacity
Martha Kirkland, individually and official capacity
Mike Looney, individually and official capacity
Shannon Hill, individually and official capacity
Ann McCurdy, individually and official capacity
Connie Sawyer, individually and official capacity
Doris Mc Quiddy, individually and official capacity
Wheatstone, individually and official capacity
Erika P. Tatum, individually and official capacity    et. al.,

: Appeal:    Case No. : 2:05-cv-00621
: Alabama Middle District
:
: STATE OF. ED.  DUE PROCESS HEARING Case No. 05-57
: Hearing Date: May 10, 2005
:
:
: Lee v. Macon
:
:
:
: Jurisdiction: Federal Question
:
: APPEAL DOCKET NO.  U S C A Case No.: 05-14773

DEFENDANTS

To: Honorable Ralph Mecham, U.S. Administrative Officer of Courts, Washington D.C.
To: Honorable Debra P. Hackett, U.S. Clerk of Middle District of Alabama
To: Honorable Judge M. Thompson
To: Honorable Clerk, U. S. C. A.  Administrative Officer of Courts, N. W. Atlanta , Georgia

## OBJECTION TO MAGISTRATE BOYD'S RECOMMENDATION

COME NOW your Plaintiff, and hereby object to Magistrate Judge D.Boyd's Recommendation on the following grounds:
1. Plaintiff objects to Magistrate Judge Boyd's Recommendation on the grounds of plain error and manifest injustice.
2. A court's narrow task (in a special education due process appeal) is to receive the records (transcripts, evidence, motions...etc.) of the SEA Special Education Due Process Hearing Proceedings, hear additional evidence if "any party request a further evidentiary hearing", and basing its decision on the preponderance of the evidence before it, grant "appropriate" relief .
   Wherefore, premises considered, Plaintiff respectfully seeks afforded protections set out in IDEA, section 504, ADA and other Federal laws, statutes,

regulations protecting the constitutional and statutory rights of disabled persons, parents of qualified disabled persons and U.S. citizens.

Respectfully Submitted this the 6th day of October, 2005.

*Cassandra Williams*

## CERTIFICATE OF SERVICE

The undersigned party of record certify that a true and correct copy of the foregoing has been served by placing a copy of the same in the U.S. mail, postage prepaid, and Fax addressed as follows:

Erika Tatum
Montgomery County Board of Education,
c/o Tommie Miller, Erica Tatum, (334) 269-3998
Martha Kirkland, Jimmy Barker, Mike Looney, Gloria Bean, Rusty Baker, Margaret Traylor, Shannon Hill, Connie Sawyer, Ann McCurdy, Lester Henderson
425 South Perry Street, Montgomery, Alabama 36104

Alabama State Department of Education Fax: (334) 242-9192
c/o Emily Graham, Attorney Coley,
P. Michael Cole, M. Whetstone, Doris Mc Quiddy
50 North Ripley Street, Montgomery, Alabama 36104

Dated this the 6th day of October, 2005

*Cassandra Williams*
C. Williams Montgomery, Alabama