IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Mrs. C. Williams (PRO SE)
**PLAINTIFF**

B. W,
**PLAINTIFF**

v.

State of Alabama Department of Education

Montgomery County Board of Education et, al.,
**DEFENDANT**

: Appeal : Case No. : 2:05-cv-00621
: Alabama Middle District
:
: STATE SP. ED. DUE PROCESS HEARING Case No. 05-57
: Hearing Date: May 10, 2005
:
: Lee v. Macon

To: Honorable Ralph Mecham, U.S. Administrative Officer of Courts, Washington D.C.
To: Honorable Debra P. Hackett, U.S. Clerk of Middle District of Alabama
To: Honorable Judge M. Thompson
To: Honorable Clerk, U. S. C. A. Administrative Officer of Courts, N. W. Atlanta, Georgia

## EMERGENCY MOTION FOR RECUSAL OF JUDGE FULLER AND MAGISTRATE BOYD

COMES Now your Plaintiff, and respectfully question and request that said Honorable and fair Judge M. Thompson be reinstated as the Federal Judge assigned to preside in the above styled case. Further your plaintiff gives notice of objection and question if said switch without cause or motion is legal and well intended under the circumstances. The switch has caused damage to plaintiff. Plaintiff hereby seeks recusal of Judge Fuller and Magistrate Boyd. Plaintiff states the following grounds:

1. Judge Fuller was not the Judge assigned to preside in Case No. : 2:05-cv-00621. Honorable Judge M. Thompson was the Judge assigned to preside in Case No. : 2:05-cv-00621.
2. Judge Fuller failed to make motions to recuse Judge M. Thompson or set aside and thus the record does not support the illegal switch of judges.
3. Judge Fuller has an obvious conflict of interest that interferes with his objectivity in this case. He may be connected to James Seale and Erica Tatum in this case.
4. Magistrate D. Boyd gives the public appearance of impropriety by acting as de facto counsel for defendants and refusing to comply with Federal, local laws, statutes and regulations protecting the rights of disabled persons, parents of qualified disabled students and U.S. citizens.

Wherefore, prevention of abuse of the judicial process is requested. Plaintiff seeks: that said honorable and fair Judge M. Thompson be reinstated and an emergency recusal of Judge Fuller and Magistrate Boyd.

Respectfully Submitted this the 6th day of October, 2005.

cc: State Senators and Representatives
cc: U.S. Eleventh Circuit Judicial Council

RECEIVED
2005 OCT 6 P 10: 54
A. P. HACKETT, CLK
U.S. DISTRICT COURT
M. DISTRICT ALA

### CERTIFICATE OF SERVICE

The undersigned party of record certify that a true and correct copy of the foregoing has been served by placing a copy of the same in the U.S. mail, postage prepaid, and Fax addressed as follows:

Erika Tatum
Montgomery County Board of Education,
c/o Tommie Miller, Erica Tatum,
Martha Kirkland, Jimmy Barker, Mike Looney, Gloria Bean, Rusty Baker, Margaret Traylor, Shannon Hill, Connie Sawyer, Ann McCurdy, Lester Henderson
425 South Perry Street, Montgomery, Alabama 36104

Alabama State Department of Education
c/o Emily Graham, Attorney Coley,
P. Michael Cole, M. Whetstone, Doris Mc Quiddy
50 North Ripley Street, Montgomery, Alabama 36104
Fax: (334) 242-9192

Dated this the 6th day of October, 2005

Respectfully submitted  /s/ Cassandra W_____
C. Williams Montgomery, Alabama