IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS and<br>B.W., *a minor,*<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF ALABAMA BOARD OF<br>EDUCATION, *et. al.,*<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    2:05-CV-621-F<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In her *Emergency Motion for Recusal of Judge Fuller and Magistrate Boyd* (Doc 22, October 5, 2005), the *pro se* plaintiff avers as grounds for the Magistrate Judge's recusal:

> Magistrate D. Boyd gives the public appearance of impropriety by acting as de facto counsel for defendants and refusing to comply with Federal, local laws, statutes and regulations protecting the rights of disabled persons, parents of qualified disabled students and U.S. Citizens.

No facts buttress the allegation and none exist on this record. Nor has any defendant been served for the plaintiff's contemptuous failure to comply with reasonable orders that she amend her complaint to state a cognizable claim against any defendant. Accordingly, it is **ORDERED that the Motion is DENIED to the extent of its request for recusal of this Magistrate Judge.**

DONE this 12th day of October, 2005.

                                         **/s/ Delores R. Boyd**
                                         DELORES R. BOYD
                                         UNITED STATES MAGISTRATE JUDGE