IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS, and<br>B.W., *a minor*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    Case No.: 2:05-cv-621-F<br>) |
| STATE OF ALABAMA BOARD<br>OF EDUCATION, *et. al.*, | )<br>)<br>) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order entered this date, it is ORDERED and ADJUDGED that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this case.

DONE this 17th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE