UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

~~IVED~~

2005 NOV 18 P 9: 21

Mrs. C. Williams  (PRO SE)
**Appellant**

B. W ,
**Appellant**
v.

Montgomery County Board of Education
State of Alabama Board of Education
Rusty Baker, individually and official capacity ;
Jimmy Barker, individually and official capacity
Gloria Bean, individually and official capacity,
Michael Cole, individually and official capacity
Lester Henderson, individually and official capacity
Shannon Hill, individually and official capacity
Martha Kirkland, individually and official capacity
Mike Looney,  individually and official capacity
Toronda Miller, individually and official capacity
Ann McCurdy , individually and official capacity
Doris Mc Quiddy, individually and official capacity
Connie Sawyer , individually and official capacity
Erica Tatum , individually and official capacity
Margaret Traylor, individually and official capacity
M. Whetstone, individually and official capacity et al

**Appellees**

: **Appeal : Case No. : 2:05-cv-00621**
: Alabama Middle District
: STATE SP. ED.  DUE PROCESS HEARING Case No. 05-67
: **Hearing Date: May 10, 2005**
:
:
: Lee v. Macon 2:70-cv-03103-MHT- BRB
:
:
:
: **Jurisdiction: Federal Question**
:
:
:
:
:

## NOTICE OF APPEAL

Notice is hereby given that Mrs. C. Williams , above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judge Fuller's **Final Order** entered in this action on the _17_ day of _Oct_ 2005.

_C. Williams_
_6812 Briar Gate Ct._
_Montgomery, Alabama 36116_
_18  Nov_ , 2005