IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS, and<br>B.W., *a minor*,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF ALABAMA BOARD<br>OF EDUCATION, *et. al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 2:05-cv-621-F<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This cause is before the Court on Plaintiffs' Motion for Reconsideration and Motion for Reinstatement of Judge M. Thompson (Doc. # 26). Upon consideration, the motion is hereby DENIED.

DONE this 22nd day of November, 2005.

                                                   /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE