# United States Court of Appeals
## For the Eleventh Circuit

RECEIVED

2006 JUL 18 P 4:41

No. 05-16514

District Court Docket No.
05-00621-CV-F-N

| FILED |
| U.S. COURT OF APPEALS |
| ELEVENTH CIRCUIT |
| May 9, 2006 |
| THOMAS K. KAHN |
| CLERK |

CASSANDRA WILLIAMS,

        Plaintiff-Appellant,

B.W.
Minor,

        Plaintiff,

versus

STATE OF ALABAMA BOARD OF EDUCATION,
MONTGOMERY COUNTY BOARD OF EDUCATION,
P. MICHAEL COLE,
ERICA TATUM,
RUSTY BAKER, et al.,

        Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.



ISSUED AS MANDATE
JUL 17 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

      Entered:   May 9, 2006
For the Court:   Thomas K. Kahn, Clerk
          By:   Jackson, Jarvis